

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-18-00186-CR

ROSS THOMAS BRANTLEY III                                           APPELLANT

V.

THE STATE OF TEXAS                                                      STATE

----------

### FROM THE 372ND DISTRICT COURT OF TARRANT COUNTY
### TRIAL COURT NO. 1091400D

----------

## MEMORANDUM OPINION[1]

----------

Appellant Ross Thomas Brantley III attempts to appeal from a judgment adjudicating him guilty of assault causing bodily injury–family violence and imposing a ten-year sentence on December 2, 2011. On April 26, 2018, we notified Brantley of our concern that we lack jurisdiction over this appeal because the notice of appeal was due January 2, 2012, but was not filed until April 24,

---

[1]*See* Tex. R. App. P. 47.4.

2018, and we warned him that we could dismiss the appeal absent a response showing grounds for continuing the appeal. *See* Tex. R. App. P. 26.2(a). Brantley filed a response, but it does not show grounds for continuing the appeal.

A notice of appeal that complies with the requirements of rule 26 is essential to vest this court with jurisdiction. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998). Without a timely filed notice of appeal, we lack jurisdiction over the appeal and may take no action other than to dismiss the appeal. *Id.*; *Olivo v. State*, 918 S.W.2d 519, 522–23 (Tex. Crim. App. 1996). Because Brantley's notice of appeal is untimely, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 26.2(a), 43.2(f).

PER CURIAM

PANEL:  MEIER, GABRIEL, and KERR, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  May 24, 2018